■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD ZEINER, Appellant. [886 NYS2d 63]—Appeal from a judg-

ment of the Monroe County Court (Elma A. Bellini, J.), rendered February 8, 2006. The judgment convicted defendant, upon a jury verdict, of driving while intoxicated, a class D felony (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.